## 33668. THE STATE v. BRADSHAW.

PER CURIAM.

Although important questions were presented by applicant in this case, the court does not feel that it can adequately address the issues without the entire record of proceedings in the trial court. Therefore, we decide that the writ of certiorari was improvidently granted.

*Case dismissed. All the Justices concur.*

ARGUED JUNE 19, 1978 — DECIDED
SEPTEMBER 6, 1978.

*Harry N. Gordon, District Attorney, B. Thomas Cook, Assistant District Attorney,* for appellant.